**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 08-6936**

————————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

JIMMY EUGENE PARKER, JR.,

        Defendant - Appellant.

————————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. James A. Beaty, Jr., Chief District Judge. (1:05-cr-00158-JAB-1; 1:07-cv-00213-JAB-PTS)

————————

Submitted: October 15, 2008      Decided: October 24, 2008

————————

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

————————

Dismissed by unpublished per curiam opinion.

————————

Jimmy Eugene Parker, Jr., Appellant Pro Se. Angela Hewlett Miller, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jimmy Eugene Parker, Jr. seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2255 (2000) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Parker has not made the requisite showing. Accordingly, we deny his motion for a certificate of appealability, deny his motion to appoint counsel, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2